IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY T. TIERNEY, | ) | 4:11CV3098 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AGA MEDICAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 22) is granted, as follows:

    Plaintiff shall have until January 13, 2012, to file a reply regarding his motion to alter or amend (filing 18).

    January 5, 2012.                  BY THE COURT:

                                                  *Richard G. Kopf*
                                       United States District Judge