# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY T. TIERNEY, | ) | CASE NO. 4:11CV3098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| AGA MEDICAL CORPORATION, a Minnesota Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JEFFREY T. TIERNEY, | ) | CASE NO. 4:12CV3178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| AGA MEDICAL CORPORATION, a Minnesota Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 13) filed by the Defendant in Case No. 4:12CV3178. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 4:12CV3178, *Jeffrey T. Tierney. v. AGA Medical Corporation*, is reassigned to Senior District Judge Richard G. Kopf for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 19th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge